**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF NOVEMBER 25, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD75509 | Donald Johnson vs. Missouri Department of Corrections |
| WD76703 | Richard Gary Dekruyff vs. State of Missouri |
| WD76867 | Edmonds Dental Company, Inc. vs. Elbert Keener, II and Division of Employment Security |
| WD77341 | Lisa Leslie vs. Michael Leslie |
| WD77729 | Carolyn Weaver vs. Division of Employment Security |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76113 | State of Missouri vs. Dustin Allen Tietge |